OPINION — AG — ALTHOUGH WE REALIZE THERE IS CONSIDERABLE DOUBT IN THE PREMISES, THAT IF 59 O.S. 1961 164 [59-164](D) IS AMENDED AS ABOVE SET OUT, SAID AMENDMENT WOULD PERMIT THE STATE BOARD OF CHIROPRACTIC EXAMINERS, IN THE EXERCISE OF ITS DISCRETION, AND AFTER DUE COMPLAINT, NOTICE AND HEARING AND THE INTRODUCTION OF SUFFICIENT COMPETENT PROOF, TO REVOKE, OR SUSPEND FOR A FIXED PERIOD OF TIME, THE RECIPROCAL LICENSE INVOLVED HERE. (FRED HANSEN)